IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGELIO CARLOS, III and MYRNA CARLOS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-21-CA-<u>401</u>-FB |
| WILLIAM VANNESS, M.D., | § § § | |
| Defendant. | § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of the United States Magistrate Judge filed in cause number SA-16-CA-251-FB (docket #291) on March 31, 2020,[1]

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge filed on February 21, 2020 (docket #274 in SA-16-CA-251-FB), is ACCEPTED such that Dr. VanNess' Motion for Summary Judgment (docket #201) is GRANTED such that all claims and the case against him are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 21st day of April, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] On April 21, 2021, this Court granted Defendant William VanNess, M.D.'s Motion to Enter Final Judgment Under Rule 54(b) and Sever in order to enter this final judgment as to defendant William VanNess, M.D.