IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROGELIO CARLOS, III and MYRNA CARLOS, § § § | |
| Plaintiffs, § § | CIVIL CAUSE NO. SA-21-CV-00401-FB |
| v. § § | |
| WILLIAM VANNESS, § § | |
| Defendant. § | |

## PLAINTIFFS' SUPPLEMENTAL COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(d) and 28 U.S.C. § 1653, Plaintiffs file this supplement to their Third Amended Complaint (Doc. 60, Cause No. SA-16-CA-251-FB). Plaintiffs supplement that Complaint only as follows:

### II.   PARTIES

2. Plaintiffs, **Rogelio Carlos, III** ("Carlos") and **Myrna Carlos**, reside and are domiciled in, and therefore citizens of, Bexar County, Texas. Plaintiffs have resided and been domiciled in Bexar County, Texas since the inception of this litigation and continue to reside and be domiciled there now.

12. Defendant **William VanNess, M.D.** ("VanNess") resides and is domiciled in, and therefore a citizen of, Mooresville, North Carolina. VanNess has resided and been domiciled in Mooresville, North Carolina since the inception of this litigation and

continues to reside and be domiciled there now. VanNess has been served and entered his appearance in this case.

### III.   JURISDICTION

14. This Court has jurisdiction over the claims severed from the original lawsuit, Cause No. SA-16-CA-251-FB, pursuant to 28 U.S.C. § 1332(a) because the severed claims involve a controversy between parties of diverse citizenship and an amount in controversy that exceeds $75,000.

Respectfully Submitted,

By: */s/ Thad D. Spalding*
**Philip G. Bernal**
State Bar No. 02208758
phil@janiceklaw.com
**THE JANICEK LAW FIRM**
1100 NE Loop 410, Suite 600
San Antonio, Texas 78209
Phone: (210) 366-4949
Fax: (210) 979-6804

**Daniel O. Kustoff**
State Bar No. 11770515
dkustoff@salegal.com
**Melanie H. Sanders**
State Bar No. 24032416
msanders@salegal.com
**KUSTOFF & SANDERS LLP**
4103 Parkdale Street
San Antonio, Texas 78229
Telephone: (210) 614-9444
Facsimile: (210) 614-9464

and

**Thad D. Spalding**
State Bar No. 00791708
tspalding@dpslawgroup.com

        **Kirk L. Pittard**
        State Bar No. 24010313
        kpittard@dpslawgroup.com
        **DURHAM, PITTARD & SPALDING, LLP**
        P.O. Box 224626
        Dallas, Texas 75222
        Telephone: (214) 946-8000
        Facsimile: (214) 946-8433
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2022**, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing ("ECF") system of the Court. All counsel of record were served via electronic service through the ECF system.

    Robert R. Biechlin, Jr.
    rbiechlin@thorntonfirm.com
    Laura Flores Macom
    lmacom@thorntonfirm.com
    THORNTON, BIECHLIN, REYNOLDS & GUERRA, L.C.
    100 N.E. Loop 410, Suite 500
    San Antonio, Texas 78261-4741
    *Attorney for Defendant, William VanNess, M.D.*

        */s/ Thad D. Spalding*
        **Thad D. Spalding**